

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00706-CV

**IN THE INTEREST OF R.M.C.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00998
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 27, 2019.

_____
Rebeca C. Martinez, Justice